IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| APPALACHIAN OUTDOORS, LLC </br> Plaintiff, </br> v. </br> TIMOTHY J. NIGHTENGALE, *et al.* </br> Defendants. | CASE NO.  5:13-cv-02403 </br></br> JUDGE SARA LIOI </br></br> **STIPULATED DISMISSAL** |

Plaintiff Appalachian Outdoors, LLC and Defendants Timothy J. Nightengale and Wild Earth Outfitters, Inc. have reached a Settlement Agreement in the above-captioned matter. Following a court-ordered mediation conference on April 28, 2014, the essential terms of the Settlement Agreement were read into the record on that date.  The parties subsequently memorialized a written and fully executed Settlement Agreement, finalized on May 28, 2014, and its terms are incorporated herein by reference.  Pursuant to the Court's order of April 29, 2014 (DE 22), all claims in the above-captioned matter are hereby dismissed with prejudice; however, the Court retains jurisdiction to enforce the terms of the Settlement Agreement.  All court costs to Plaintiff.

**AGREED TO BY:**

Dated:      06/12/14                /s/ Jon A. Troyer
Jon A. Troyer, # 0080888
*Attorney for Plaintiff Appalachian Outdoors, LLC*

Dated:      06/13/14                /s/ Benjamin D. Carnahan
Benjamin D. Carnahan, #0079737
*Attorney for Defendants Timothy J. Nightengale and Wild Earth Outfitters, Inc*.

**IT IS SO ORDERED**.

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

June 16, 2014